# NOT DESIGNATED FOR PUBLICATION

Stephen Barnett Murray
Murray Law Firm
650 Poydras Street, Ste 2150
New Orleans LA 70130

Warren A. Perrin
Perrin, Landry, et al
P. O. Box 53597
Lafayette LA 70505

Stuart Housel Smith
Smith Stagg, LLC
365 Canal St. #2850
New Orleans LA 70130

Thomas Allen Filo
Cox, Cox, & Filo
723 Broad Street
Lake Charles LA 70601

Michael Kevin Cox
Cox, Cox, Filo, Camel & Wilson
723 Broad St.
Lake Charles LA 70601

Michael Gregory Stag
Smith Stag, LLC
365 Canal St., #2850
New Orleans LA 70130

Stephen Barnett Murray, Jr.
Murray Law Firm
650 Poydras St., Suite 2150
New Orleans LA 70130

Richard Elliott Wilson
Cox, Cox & Filo
723 Broad Street
Lake Charles LA 70601

John Leonard Fontenot, Jr.
Smith Stag
365 Canal Street, Ste 2850
New Orleans LA 70130

Sean Seton Cassidy
Smith Stag, LLC
365 Canal Street, #2850
New Orleans LA 70130

Arthur M. Murray
Murray Law Firm
650 Poydras St., Suite 2150
New Orleans LA 70130

Jessica W. Hayes
Murray Law Firm
650 Poydras St., #2150
New Orleans LA 70130

**REHEARING ACTION: August 14, 2012**

**Docket Number: 12   00832-CW**

**TEXACO EXPLORATION & PRODUCTION CO.**
**VERSUS**
**HILCORP ENERGY COMPANY**

**Writ Application from Vermilion Parish Case No. 9871298**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. J. David Painter**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jonas Perrin, et al** has this day been

> **GRANTED.**
> Briefing is ordered by the court.  All briefs must be in the court no later
> than noon on Monday, August 20, 2012.

cc: Michael R. Phillips, Counsel for  the Respondent
    Louis Victor Gregoire, Jr., Counsel for  the Respondent
    Pamela Roman Mascari, Counsel for  the Respondent
    Robert E. Meadows, Counsel for  the Respondent
    Carol M. Wood, Counsel for  the Respondent
    Mark D. Sikes, Counsel for  the Respondent
    Paul Joseph Hebert, Counsel for  the Respondent
    J. Bradley Duhe, Counsel for  the Respondent
    William H. L. Kaufman, Counsel for  the Respondent
    Valerie Guidry, Counsel for  the Respondent
    David K. McCrory, Counsel for  the Respondent